**MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**

U.S.A. v. Vasile Rosianu, No. 24-mj-4305

**ATTORNEY FOR GOVERNMENT:** Taylor Phillips

**ATTORNEY FOR DEFENDANT:** David Fletcher    ☒ AFPD ☐ Panel ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Tiana Rock

**INTERPRETER NEEDED?** ☒ YES ☐ NO    **LANGUAGE/INTERPRETER:** Romanian/Alecsandrina Norman
☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ Defendant consents to appear before the Magistrate Judge by video

☐ **INITIAL APPEARANCE**    ☐ **ON A SUMMONS**    ☐ **ARRESTED ON:** _____
DEFENDANT HAS A COPY OF:
    ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other: _____
    ☐ Defendant advised of the charges & maximum penalties    ☐ Defendant advised of right to counsel
    ☐ Defendant provided the financial affidavit    ☐ Counsel retained    ☐ FPD Appointed
    ☐ Defendant advised of right to silence    ☐ Defendant advised of right to Consular Notification
    ☐ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
    ☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
    ☐ Government filed motion for detention    ☐ Defendant Waived detention hearing
    ☐ Defendant temporarily detained    ☐ Defendant reserved right to hearing in future
    ☐ Defendant to remain in Federal custody    ☐ Defendant to be returned to state custody
    ☐ Defendant to remain on current conditions of supervised release
    ☐ Defendant released on:
        ☐ Standard ☐ Special ☐ Appearance Bond: _____    ☐ Property Bond
    ☐ RULE 5- Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
    ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
    ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____
    ☐ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT**    (Waiver of Indictment executed)
☐ **ARRAIGNMENT**
    ☐ Defendant acknowledges receipt of Indictment/Information    ☐ Indictment/Information read to Defendant
    ☐ Defendant waived reading thereof    ☐ Court advised maximum penalties
    **PLEA:** ☐ GUILTY    ☐ NOT GUILTY
    ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** 8/21/2024    **TOTAL TIME:** 23 minutes
**BEGIN TIME:** 10:13 a.m.    **END TIME:** 10:36 a.m.
☒ Digitally Recorded    ☐ Court Reporter: _____

Revised on 1/25/24        Page 1 of 2

UNITED STATES OF AMERICA v. Vasile Rosianu No. 24-mj-4305

☐ **RULE 5 IDENTITY HEARING**  CONTINUED TO:
 ☐ Defendant found to be person named in the warrant
 ☐ Defendant NOT found to be the person named in the warrant & released
 ☐ Defendant waived identity hearing

☐ **PRELIMINARY HEARING**  CONTINUED TO:
 ☐ Probable Cause found ☐ Probable Cause NOT found; Released from custody
 ☐ Defendant waived preliminary hearing ☐ Other:
 ☐ RULE 5- Defendant reserved right to have hearing in the District of Prosecution

■ **DETENTION HEARING**  CONTINUED TO:
 ■ Government changed its position on a detention hearing and a Joint Motion to Reconsider was filed.
 ☐ Bond set at: ■ Defendant released on: 8/21/2024
 ☐ Defendant detained; order to enter
 ☐ Defendant waived detention hearing ☐ Defendant reserved right to hearing in future
 ☐ Defendant to remain in federal custody ☐ Defendant to be returned to state custody
 ☐ Government moved for stay of Defendant's release pending appeal
 ☐ RULE 5- Defendant elected to have hearing in District of Prosecution

☐ **OTHER**
 ☐ Type of hearing and outcome:

☐ **DEFENDANT DIDN'T APPEAR AS DIRECTED; BENCH WARRANT ISSUED**

**NOTES/EVIDENTIARY MATTERS:** ☐ **Witness/Exhibit list attached**

Defendant must appear in the Eastern District of Virginia on September 17, 2024 at 9:00 a.m.

Page 2 of 2